IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE W. POLLARD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12cv292-TMH |
| ) | |
| STACY SHIREY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On April 23, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's complaint is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(3)(2)(B)(ii).

2. This case is DISMISSED prior to service of process.

Done this the 16th day of May, 2012.

                                                            /s/ Truman M. Hobbs
                                    SENIOR UNITED STATES DISTRICT JUDGE